Garvin *vs.* Whelchel.

A. L. GARVIN, executor, plaintiff in error, *vs.* A. M. WHEL-CHEL, defendant in error.

Contracts entered into after June 1st, 1869, though in renewal of obligations bearing dates anterior thereto, are not within the provisions of the limitation act of 1869.

WARNER, Chief Justice.

---

JOSEPH F. DOUGLASS *et al.*, plaintiffs in error, *vs.* PHILIP FITZGERALD, defendant in error.

Where the facts are complicated, and the appointment of a receiver and granting of an injunction will protect the rights of the respective parties, the discretion of the chancellor will not be controlled.

WARNER, Chief Justice.

---

MARTHA M. GIRARDEY *et al.*, plaintiffs in error, *vs.* ANDREW M. MOORE *et al.*, defendants in error.

W. A. GREGORY, plaintiff in error, *vs.* WILLIAM A. RAWSON, defendant in error.

This court will not interfere to control the discretion of the chancellor in granting, or refusing to grant, injunctions, when no rule of law or well established principle of equity has been violated.

WARNER, Chief Justice.